# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:   **TIFFANY R SHEPHERD**

                                                                                                 Case No.:  22-41224-btf-13

      **Debtor**

### TRUSTEE'S OBJECTION TO CLAIM 1 OF ADONIS AUTO GROUP KANSAS LLC AAG-46

   COMES NOW Richard V. Fink, Chapter 13 Trustee, and hereby objects to Proof of Claim filed by creditor ADONIS AUTO GROUP KANSAS LLC AAG-46, in the amount of $10,306.42, and filed on October 07, 2022. The court claim number is 1.

   **Your claim may be reduced, modified, or eliminated. You should read this document carefully and discuss it with your attorney, if you have one.**

Pursuant to Local Rule 3007-1 (C), the Claimant shall have 30 days after service of the Objection in which to file a Response, if you do not want the court to eliminate or change your claim.  The Response shall be in writing and state why the claim should be allowed as filed.  If a Response is filed, the Court will schedule a hearing.  If no timely Response is filed, the Court will enter an Order sustaining the Objection to the Claim. Parties not represented by an attorney shall mail a Response to the Court at **U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106**. Debtor(s) not represented by an attorney must be served a copy of the Response by regular mail. If your Response is mailed, it must be early enough so that the court will receive it on or before 30 days after service of the Objection.

The basis for the objection is as follows:

    1. ADONIS AUTO GROUP KANSAS LLC AAG-46 ("creditor") filed a proof of claim (Court Claim No. 1) on October 7, 2022 in the amount of $10,306.42.

    2. The creditor has listed the amount of the claim in paragraph 7 as $10,306.32.

    3. The total claim amount in paragraph 9 (sum of secured and unsecured amounts) is $10,536.02.

    4. The trustee is unable to administer the claim as filed as there is conflicting information regarding the amount of the claim.

    5. Based on the forgoing, the trustee requests that the claim be allowed with a total claim amount of $10,306.32.

|  |  |
|---|---|
| October 11, 2022 | Respectfully submitted, |
|  | /s/ Richard V. Fink, Trustee |

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

**NOTICE OF SERVICE**

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
ADONIS AUTO GROUP KANSAS LLC AAG-46 (691862)

/s/ Richard V. Fink, Trustee

DE    /Objection - Claim - Dynamic